Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)



Entered on Docket
July 02, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 02, 2008

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

    Renato Santos Ocampo
    Susan Estepa Ocampo

Chapter 13 Case Number:
08-42415-EDJ13

Debtors(s)

CONFIRMATION ORDER AFTER MEETING OF CREDITORS

1. The Meeting of Creditors having been concluded on June 26, 2008
2. Upon consideration of the papers filed in this case, any testimony given at the Confirmation Hearing (s), any argument of counsel,
3. The Court makes the following findings:
    a. The Plan complies with the provisions of Chapter 13 Title 11, United States Code;
    b. The Debtor has paid the filing fee in full in this case;
    c. The Plan has been proposed in good faith and not by any means forbidden by law;
    d. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under Chapter 7 of this Title on such date;
    e. With respect to each allowed secured claim provided for by the Plan;
        i. The Holder of such claim has accepted the Plan; or
        ii. (A) The Plan provides that the holder of such claim retain the lien securing such claim; and
           (B) The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of such claim is not less than the allowed amount of such claim; or
        iii. The Debtor surrenders the property securing such claim to such holder; and
    f. The Debtor will be able to make all payments under the Plan and to comply with the Plan.

4. GOOD CAUSE APPEARING
    a. IT IS ORDERED that the Debtor(s) Plan (or Amended Plan) filed on May 14, 2008 is confirmed.

    b. IT IS FURTHER ORDERED that the future income of the Debtor(s) is submitted to the supervision and control of the Trustee, as is necessary for the execution of the Plan (or Amended Plan).

ADDITIONAL PROVISIONS: PRO-TANTO PLAN BASE $12,000

END OF ORDER

## COURT SERVICE LIST

Renato Santos Ocampo
Susan Estepa Ocampo
4312 Mink Ct
Antioch,CA 94531

(Debtor(s))

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland,CA 94612

(Counsel for Debtor)