```
 1  PATRICK L. FORTE, State Bar #80050
    CORRINE BIELEJESKI, State Bar #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | No. 08-42415 EDJ |
|---|---|
| **RENATO SANTOS OCAMP0** and **SUSAN ESTEPA OCAMPO,** | Chapter 13 |
| Debtors. | MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF <u>DEADLINE TO REQUEST A HEARING</u> |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Debtors 2009 Internal Revenue Service taxes in the amount of $2,280.00 and 2009 Franchise Tax Board taxes in the amount of $1,228 shall be added to the plan as priority taxes. Any arrearages shall be forgiven. The plan payment shall remain at $200 per month, paying unsecured, nonpriority creditors on a pro-tanto basis.

The modification is sought on the following grounds: Debtors have been unable to afford to pay the taxes directly.

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be

followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: March 12, 2010

      /s/ Corrine Bielejeski
CORRINE BIELEJESKI
Attorney for Debtor