```
1  PATRICK L. FORTE, State Bar #80050
   CORRINE BIELEJESKI, State Bar #244599
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                   No.  08-42415 EDJ

**RENATO SANTOS OCAMPO**                     Chapter 13
**and SUSAN ESTEPA OCAMPO,**
                                             <u>**CERTIFICATE OF SERVICE**</u>
            **Debtors.**
_____/

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On March 12, 2010, I served the

**MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS
OF DEADLINE TO REQUEST A HEARING**

on the below-named electronically

**Martha Bronitsky, Trustee     U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**See attached list.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  March 12, 2010        /s/ Janet S. Corda
                              JANET S. CORDA

Certificate of Service                                          Page 1 of 3

| | |
|---|---|
| 1 | Discover Bank/DFS Services LLC<br>P.O. Box 3025 |
| 2 | New Albany, OH 43054-3025 |
| 3 | Navy Federal Credit Union<br>P.O. Box 3000 |
| 4 | Merrifield, VA 22119-3000 |
| 5 | Wells Fargo Home Mortgage, Inc.<br>Payment Processing-Bankruptcy Dept. |
| 6 | MAC X2501-01-D<br>One Home Campus |
| 7 | Des Moines, IA 50328 |
| 8 | Internal Revenue Service<br>Insolvency Section |
| 9 | 1301 Clay St., Suite 1400S<br>Oakland, CA 94612 |
| 10 | |
| 11 | Internal Revenue Service<br>Service Center<br>Fresno, CA 93888 |
| 12 | |
| 13 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| 14 | |
| 15 | Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952 |
| 16 | Sacramento, CA 95812 |
| 17 | FDS Bank/Macys<br>TSYS Debt Mgmt. Inc. |
| 18 | P.O. Box 137<br>Columbus, GA 31902-0137 |
| 19 | |
| 20 | Pharia LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Suite 400 |
| 21 | Seattle, WA 98121 |
| 22 | Arriva Card, Inc.<br>P.O. Box 94918 |
| 23 | Las Vegas, NV 89193-4918 |
| 24 | eCAST Settlement Corp.<br>c/o Bass & Associates, PC |
| 25 | 3936 E. Ft.Lowell Rd., Suite 200<br>Tucson, AZ 85712 |
| 26 | |

| | |
|---|---|
| 1 | eCAST Settlement Corp. assignee of Citibank USA NA/Home Depot |
| 2 | P.O. Box 35480<br>Newark, NJ 07193-5480 |
| 3 | |
| 4 | eCAST Settlement Corp. assignee of Capital One Bank<br>P.O. Box 35480 |
| 5 | Newark, NJ 07193-5480 |
| 6 | Global Payments<br>P.O. Box 661158 |
| 7 | Chicago, IL 60666 |
| 8 | LVNV Funding LLC its successors and assigns as assignee of Citibank |
| 9 | Resurgent Capital Services<br>P.O. Box 10587 |
| 10 | Greenville, SC 29603-0587 |
| 11 | HSBC Bank Nevada, NA<br>eCAST Settlement Corp. |
| 12 | c/o Bass & Associates, PC<br>3936 E. Ft. Lowell Rd., Suite 200 |
| 13 | Tucson, AZ 85712 |
| 14 | eCAST Settlement Corp.<br>P.O. Box 35480 |
| 15 | Newark, NJ 07193-5480 |
| 16 | Renato & Susan Ocampo<br>4312 Mink Ct. |
| 17 | Antioch, CA 94531 |

Certificate of Service  Page 3 of 3